Ronnie-Louis-Marvel: Kahapea
Applicant Pro Per
11-2808 Kaleponi Rd.
P.O. BOX 875
Phone: 808-936-9137
Fax:
Email: Bloodwolf80@gmail.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

| In re the matter of: | Case Number: |
|---|---|
| Arbitration Award of Alden Bennett dated July 21, 2019, Ronnie-Louis-Marvel: Kahapea, Applicant | APPLICANT'S AFFIDAVIT IN SUPPORT OF APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD |

I, Ronnie-Louis-Marvel: Kahapea, being of sound mind and over the age of 21 do declare and affirm the following to be of first-hand knowledge and reasonable belief:

1. Affiant Ronnie-Louis-Marvel: Kahapea is party to an arbitration agreement with HAWAII STATE FEDERAL CREDIT UNION and BANK OF AMERICA dated March 31, 2019. (Exhibit 2 attached to Application for Confirmation and attached hereto by reference and made fully a part thereof)

2. An Arbitration Hearing was held on July 21, 2019.

3. An Award was issued by Alden Bennett of Sitcomm Arbitration Association located in the judicial district of the U.S. District Court for the Southern District of Mississippi, Eastern Division to Ronnie-Louis-Marvel: Kahapea for the total amount of One Hundred Thirty-Two Thousand Dollars ($132,000.00) being Forty-Four Thousand Dollars ($44,000.00) against each of the three adverse parties.. (Exhibit 1 attached to Application for Confirmation and attached hereto by reference and made fully a part thereof)

4. There has been no Motion to Vacate under 9 U.S. Code § 10 or Motion to Modify or Correct the Arbitration Award under 9 U.S. Code § 11 timely served upon Applicant within the statute of limitations found in 9 U.S. Code § 12.

5. More than three (3) months have passed since Hawaii State Federal Credit Union, Bank Of America and Dave Smith Motors received a copy of the Arbitration Award dated July 21, 2019 issued by Alden Bennett of Sitcomm Arbitration Association.

6. No motions to vacate or modify the Arbitration Award have be filed or delivered to Ronnie-Louis-Marvel: Kahapea before the Statutes of Limitations expired under 9 U.S. Code § 12.

7. There is no order to vacate, to modify or correct the Award issued by the United States District Court for the Southern District of Mississippi, Eastern Division as provided in 9 U.S. Code § 10 or 9 U.S. Code § 11.

_____
Ronnie-Louis-Marvel: Kahapea,
11-2808 Kaleponi Rd. P.O. BOX 875
Volcano, Hawaii 96785
Phone: 808-936-9137
Fax:
Email: Bloodwolf80@gmail.com

**Jurat**

State of _Hawaii_ )
                    ) ss
County of _Hawaii_ )

Subscribed and sworn (or affirmed) before me this _8_ th day of _November_ 2019.

_____
Notary Public
My Commission Expires 3/23/2023

Doc Date: Not dated       # Pages: 2
Notary Name: Tammy J.K. Kagawa  3rd Circuit
Doc. Description: Arbitration Award by Alden Bennett
Dated July 21, 2019, Ronnie Louis-Marvel: Kahapea, Applicant
                    11/8/2019
Notary Signature    Date

[Notary seal: TAMMY J.K. KAGAWA, NOTARY, No 03-156, PUBLIC, STATE OF HAWAII]