Ronnie-Louis-Marvel: Kahapea
Applicant Pro Per
11-2808 Kaleponi Rd.
P.O. BOX 875
Phone; 808-936-9137
Email: Bloodwolf80@gmail.com

SERVE UPON:

HAWAII STATE FEDERAL CREDIT UNION
560 Halekauwila St.
Honolulu, Hawaii 96808

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

| In re the matter of: | Case Number: |
|---|---|
| Arbitration Award of Alden Bennett dated July 21, 2019, Ronnie-Louis-Marvel: Kahapea, Applicant | NOTICE OF APPLICANT'S APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD |

NOTICE IS HEREBY GIVEN OF APPLICATION TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION FOR THE CONFIRMATION OF THE ARBITRATION AWARD OF ALDEN BENNETT DATED JULY 21, 2019 IN FAVOR OF RONNIE-LOUIS-MARVEL: KAHAPEA AND AGAINST HAWAII STATE FEDERAL CREDIT UNION AND BANK OF AMERICA.

DATED. *11 · 8 · 2019*

Ronnie-Louis-Marvel: Kahapea, Applicant Pro Per
11-2808 Kaleponi Rd. P.O. BOX 875
Volcano, Hawaii 96785
Phone: 808-936-9137
Email: Bloodwolf80@gmail.com

Pg. 1

Ronnie-Louis-Marvel: Kahapea
Applicant Pro Per
11-2808 Kaleponi Rd.
P.O. BOX 875
Phone: 808-936-9137
Email: Bloodwolf80@gmail.com

SERVE UPON:
BANK OF AMERICA
100 North Tryon Street
Charlotte, NC 28255

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

| In re the matter of: | Case Number: |
|---|---|
| Arbitration Award of Alden Bennett dated July 21, 2019, Ronnie-Louis-Marvel: Kahapea, Applicant | NOTICE OF APPLICANT'S APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD |

NOTICE IS HEREBY GIVEN OF APPLICATION TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION FOR THE CONFIRMATION OF THE ARBITRATION AWARD OF ALDEN BENNETT DATED JULY 21, 2019 IN FAVOR OF RONNIE-LOUIS-MARVEL: KAHAPEA AND AGAINST HAWAII STATE FEDERAL CREDIT UNION AND BANK OF AMERICA.

DATED. 11·8·2019

Ronnie-Louis-Marvel: Kahapea, Applicant Pro Per
11-2808 Kaleponi Rd. P.O. BOX 875
Volcano, Hawaii 96785
Phone: 808-936-9137
Email: Bloodwolf80@gmail.com

Ronnie-Louis-Marvel: Kahapea
Applicant Pro Per
11-2808 Kaleponi Rd.
P.O. BOX 875
Phone: 808-936-9137
Email: Bloodwolf80@gmail.com

SERVE UPON:

DAVE SMITH MOTORS
210 North Division
Kellogg, Idaho 83837

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

| In re the matter of: | Case Number: |
|---|---|
| Arbitration Award of Alden Bennett dated July 21, 2019, Ronnie-Louis-Marvel: Kahapea, Applicant | NOTICE OF APPLICANT'S APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD |

NOTICE IS HEREBY GIVEN OF APPLICATION TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION FOR THE CONFIRMATION OF THE ARBITRATION AWARD OF ALDEN BENNETT DATED JULY 21, 2019 IN FAVOR OF RONNIE-LOUIS-MARVEL: KAHAPEA AND AGAINST HAWAII STATE FEDERAL CREDIT UNION AND BANK OF AMERICA.

DATED: *11-8-2019*

Ronnie-Louis-Marvel: Kahapea, Applicant Pro Per
11-2808 Kaleponi Rd. P.O. BOX 875
Volcano, Hawaii 96785
Phone: 808-936-9137
Email: Bloodwolf80@gmail.com