UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Dec 26 2019

ARTHUR JOHNSTON, CLERK

Ronnie-Louis-Marvel: Kahapea
A Natural Man acting in the capacity
as next best friend
Pro Se
P.O. Box 875
Volcano, Hawaii 96785
Phone: 808-936-9137
Email: bloodwolf80@gmail.com

**U.S. DISTRICT COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| RONNIE LOUIS MARVEL KAHAPEA,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII STATE FEDERAL CREDIT UNION,<br><br>Defendant | Case No.: 2:19-mc-00185-KS-MTP<br><br>**AFFIDAVIT IN NOTICE AND RESPONSE UPON ORDER TO SHOW CAUSE** |

**AFFIDAVIT IN NOTICE AND RESPONSE UPON ORDER TO SHOW CAUSE**

Dated this 20th of December, 2019.

COMES NOW Plaintiff RONNIE LOUIS MARVEL KAHAPEA, hereafter "I", "Me", "Plaintiff", in my correct private capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of first hand personal knowledge, true, correct, and complete hereby in response and notice to the Court that the Commercial Entity named HAWAII STATE FEDERAL CREDIT UNION, the Defendant, is party to the Payor-in-Fact of the accumulated Damages set forth by a Judgement (see Exhibit 1) made July 18th, 2019 in the Laurel County of the State of Mississippi, whereas this Award has been given life in the form of a SEAL in Authenticity therefore I instruct the Honorable Judge Keith Starrett to find no action worthy to dismiss for lack of subject matter jurisdiction as the contract Judgement Award ( Exhibit 1) is the binding instrument for which a true claim in recoupment can be made.

AFFIDAVIT IN NOTICE AND RESPONSE UPON ORDER TO SHOW CAUSE - 1

_[Signature]_
Without Prejudice, RONNIE LOUIS MARVEL KAHAPEA

State of Hawaii      )

County of Hawaii     )

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 2019 A.D., by Ronnie Louis Marvel Kahapea proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature
_[Signature: Tiffany R. U. Figueira]_
my commission expires 12/02/22

Doc Date: 12/20/19    # Pages: 2
Notary Name: Tiffany R. U. Figueira  3rd Circuit
Doc. Description: Affidavit in notice and Response Upon order to show cause

_[Signature: Tiffany R. V. Figueira]_  12/21/19
Notary Signature                        Date

[Notary Seal: TIFFANY R U FIGUEIRA, NOTARY PUBLIC, STATE OF HAWAII, Seal 18-688]

[Notary Seal: TIFFANY R U FIGUEIRA, NOTARY PUBLIC, STATE OF HAWAII, 18-688]

AFFIDAVIT IN NOTICE AND RESPONSE UPON ORDER TO SHOW CAUSE - 2